UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NICHOLAS RYAN DE PALO

    VS                                                                 CASE NO.  4:11cv629-RH/CAS

TALLAHASSEE LAND MANAGEMENT,
INC., etc., et al.,

**JUDGMENT**

"The plaintiff Nicholas Ryan De Palo's claims against the defendants Villas Development of Florida, Inc.; A.W. Hirshberg; Shelfer-Hirshberg Partnership; and Shelfer-Hirshberg Joint Venture are dismissed with prejudice."

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

May 17, 2012                    s/David L. Thomas
DATE                              Deputy Clerk: David Thomas